REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIA SHADDEN,<br><br>Plaintiff,<br><br>v.<br><br>SLOTWORLD, INC. and DOES I-X,<br><br>Defendants. | Case No. 3:19-cv-00469-MMD-WGC<br><br>**STIPULATED NOTICE RE: REMITTAL OF DISQUALIFICATION** |

IT IS HEREBY STIPULATED AND AGREED between the parties in response to Magistrate Judge William G. Cobb's Notice of Remittal and Disqualification (ECF No. 8), and notwithstanding Judge Cobb's disclosures contained therein, that Judge Cobb shall **not** be disqualified as the Magistrate Judge in this case.

RESPECTFULLY SUBMITTED this 29th day of August, 2019.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ Mark Mausert
MARK MAUSERT, ESQ. (SBN 2398)
CODY OLDHAM, ESQ. (SBN 14594)
729 Evans Avenue
Reno, Nevada 89512

/s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN 7289)
99 West Arroyo Street
Reno, Nevada 89509

IT IS SO ORDERED.

DATED: September 3, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

1