# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIA SHADDEN, | Case No.: 3:19-cv-00469-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 24 |
| SILVER BULLET OF NEVADA, LLC dba SLOTWORLD and DOES I-X, | |
| Defendants | |

This entire action is hereby **DISMISSED WITH PREJUDICE** on stipulation of the parties, with each party bearing its own costs and fees.

**IT IS SO ORDERED**.

Dated: December 5, 2019

_William G. Cobb_
William G. Cobb
United States Magistrate Judge